UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JEFFREY BERGER

                      Plaintiff,

    -against-

ZWICKER & ASSOCIATES, P.C.

                      Defendant.
-----------------------------------------------------------X

Case No.: 1:18-cv-03025-ILG-SMG

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 22 2018 ★

BROOKLYN OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among plaintiff Jeffrey Berger ("Plaintiff") and defendant Zwicker & Associates, P.C. ("Defendant"), through their undersigned counsel, that:

1. Any and all claims and causes of action asserted by Plaintiff against Defendant the above-captioned action shall be, and hereby are, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

2. Each party shall bear their own attorneys' fees and costs, except to the extent otherwise agreed upon by Plaintiff and Defendant pursuant to the Confidential Compromise & Settlement Agreement.

Dated: New York, New York
        August 21, 2018

BETH GOLDMAN, ESQ.
NEW YORK LEGAL ASSISTANCE
GROUP

_____
By: Sarah Rosenthal, of Counsel
7 Hanover Square, 18th Floor
New York, NY 10004

BARRON & NEWBURGER, P.C.

_____
By: Arthur Sanders, Esq.
30 South Main Street
New City, NY 10956

Phone: (212) 613-6557
Fax: (212) 714-7318
Email: srosenthal@nylag.org
*Attorney for Plaintiff Jeffrey Berger*

Phone: (845) 499-2990
Email: asanders@bn-lawyers.com
*Attorney for Defendant Zwicker & Associates, P.C.*

So Ordered this 22ᵈ day of August, 2018

s/l. Leo Glasser, USDJ
Hon. Leo Glasser, U.S.D.J.